576

450 A.2d 185

Commonwealth v. Oliver, Appellant.

Submitted September 15, 1981.
Thomas V. Hunt, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 185

Commonwealth v. Owens, Appellant.

Submitted March 24, 1982. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.